UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J.B.,

                          Plaintiff,

      - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
_____

22-cv-2249 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference scheduled for June 2, 2022 is **canceled**.

SO ORDERED.

Dated:     New York, New York
            May 24, 2022

                                John G. Koeltl
                        United States District Judge