```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

J.B.1, ET AL.,

                Plaintiffs,

        22-cv-2249 (JGK)

    - against -

        ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The time to answer the complaint is extended to **November 17, 2022**.

SO ORDERED.

Dated:   New York, New York
        November 3, 2022

                                            */s/ John G. Koeltl*
                                            John G. Koeltl
                                      United States District Judge